**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1682**

STEVE STONE,

Petitioner - Appellant,

versus

STATE OF OHIO; JOANN F. SCOTT,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Lacy H. Thornburg,
District Judge. (CA-03-19)

Submitted: September 10, 2003      Decided: October 10, 2003

Before WIDENER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steve Stone, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steve Stone appeals the district court's order dismissing this case pursuant to the domestic relations exception to federal diversity jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stone v. Ohio, No. CA-03-19 (W.D.N.C. filed May 16, 2003; entered May 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED